ORIGINAL

FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0051

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0051

JOHN XAVIER BILLEDEAUX,

Petitioner,

v.

DON BELL, SHERIFF,
LAKE COUNTY DETENTION CENTER,

Respondent.

O R D E R

FILED

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

John Xavier Billedeaux has filed a Petition for Writ of Habeas Corpus, indicating that his sentence is longer than the law allows and that it is illegal.

From his Petition, it is apparent that Billedeaux has not yet been sentenced. Billedeaux has a pending criminal case in Lake County District Court. He includes a one-page attachment of his acknowledgment of rights as a defendant reflecting that the State of Montana has charged him with attempted deliberate homicide and criminal endangerment.

Billedeaux raises several claims, including excessive bail. He states that he was arrested on February 11, 2023, on the charges listed above. He contends that his right to a speedy trial has been violated and that he has never seen or signed a waiver. He asserts that he had a fitness to proceed evaluation at the Montana State Hospital, which has also delayed his proceeding. He requests that this Court "clarify as to why Petitioner has been incarcerated for more than 11 months and [why] Petitioner was placed at the Montana State Hospital at the request of the State."

We have obtained a copy of the register of actions from the Lake County District Court. The court set a jury trial in March 2023 after Billedeaux was arraigned. Since then, a different Judge has assumed jurisdiction, and various pleadings have been sealed. On May 10, 2023, the State moved unopposed to find Billedeaux unfit to proceed, and the

court issued an Order for Evaluation and Regarding Transport to the State Hospital. The court has held several hearings on the status of the case, and the court entered an Omnibus Hearing Memorandum and Order on January 23, 2024, following the return of Billedeaux to the Lake County Detention Center.

"[E]very person imprisoned or otherwise restrained of liberty within this state may prosecute a writ of habeas corpus to inquire into the cause of imprisonment or restraint and, if illegal, to be delivered from the imprisonment or restraint." Section 46-22-101(1), MCA. Billedeaux has not demonstrated illegal incarceration. The cause of Billedeaux's incarceration is due to his pending criminal matter in the District Court. *Gates v. Missoula County Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988). This Court declines to venture into Billedeaux's request for assistance. A writ of habeas corpus is not the vehicle for a fact-finding endeavor. It is also not the remedy for Billedeaux's claims, which are more appropriate for an appeal. Section 46-22-101(2), MCA.

Billedeaux should discuss his concerns with his counsel. He should also refrain from filing petitions on his own behalf in this Court while he is represented by counsel. M. R. App. P. 10(1)(c). Accordingly,

IT IS ORDERED that Billedeaux's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy to: the Honorable John Larson, District Court Judge; Lyn Fricker, Clerk of District Court, Lake County, under Cause No. DC-23-64; Brendan McQuillan, Lake County Attorney's Office; Westen Young, Defense Counsel; counsel of record, and John Xavier Billedeaux.

DATED this 20th day of February, 2024.

_____
Chief Justice

2

_____

_____

_____

_____
Justices

3